# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| George Kenneth Schopp, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CA No.: 4:17-cv-289 |
| | § | |
| v. | § | |
| | § | Class Action |
| The Right Choice Heating & Air, Inc., | § | Jury Demanded |
| | § | |
| | § | |
| Defendant. | § | |

**Plaintiff George Kenneth Schopp's Notice of Initial Disclosures**

Pursuant to Local Rule CV-26 of the Eastern District of Texas, Plaintiff George Kenneth Schopp certifies that on July 7, 2017, Plaintiff's Rule 26 Initial Disclosures were served via US Mail and via email on Defendant's attorney of record.

Respectfully submitted:

By: */s/ Chris R. Miltenberger*
Chris R. Miltenberger
Texas State Bar Number 14171200

Law Office of Chris R. Miltenberger, PLLC

1340 N. White Chapel, Suite 100
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2017 a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

By: */s/ Chris R. Miltenberger*
Chris R. Miltenberger