IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GEORGE KENNETH SCHOPP, <br><br> Plaintiff, <br><br> v. <br><br> THE RIGHT CHOICE HEATING & AIR, INC., ET AL., <br><br> Defendants. | § § § § § § § § § § § Civil Action No.: 4:17-cv-00289 |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is Plaintiff George Kenneth Schopp ("Plaintiff") and Defendant The Right Choice Heating & Air, Inc., a Texas Corporation, The Right Choice Hearing & Air, Inc., a California Corporation, Tomer Peretz, and Elad Daniel's ("Defendants") (collectively, the "Parties") Joint Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt. 31). This case was referred to the undersigned pursuant to 28 U.S.C. § 636, the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, and the applicable Referral Order, for all pretrial proceedings. In the Stipulation, the Parties request full dismissal with prejudice of this matter. *See* Dkt. 31. The Parties also stipulate that they will each bear their own costs. *See* Dkt. 31-1.

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order in one of two ways: (1) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(i) by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1); or (2) a plaintiff may dismiss an action under Rule 41(a)(1)(A)(ii) by filing "a stipulation of dismissal signed by all parties who have

1

appeared." *Id*. As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

## RECOMMENDATION

For the foregoing reasons, the Court recommends that the Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 31) be **GRANTED**, and this entire case be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**SIGNED this 26th day of March, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE